UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **NATIONS LENDING CORPORATION,** | ) | **CASE NO. 1:23CV1135** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| **JOY STRIYLE,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

This matter comes before the Court upon the Second Motion (ECF DKT #15) of Plaintiff Nations Lending Corporation for Default Judgment against Defendant Joy Striyle on Plaintiff's Verified Complaint for Breach of Employment Contract; for Violation of Restrictive Covenants; and for Injunctive Relief.  Upon due consideration of the affidavits and the verified pleadings filed in this action, the Motion for Default Judgment is granted.

The Court finds:

1.  Certified mail service was perfected on Defendant on October 23, 2023.  Defendant has not answered or otherwise responded to the Verified Complaint.  The Clerk of Court entered default on January 2, 2024.

2. According to the Affidavit (ECF DKT #15-1) of Jeff Goshert, Plaintiff's Chief Compliance Officer, Defendant violated her restrictive covenants by referring at least eleven residential mortgage customers to Plaintiff's competitor, causing monetary loss to Plaintiff of approximately $13,000.00 per customer for a total of $143,000.00.

3. Pursuant to the Employment Agreement, Plaintiff is entitled to recover the legal fees and expenses incurred in investigating and enforcing violations of the restrictive covenants. According to the Affidavit (ECF DKT #15-2) of Attorney Jeffrey C. Miller, such fees and expenses amount to $13,500.00.

4. By signing the Employment Agreement, Defendant understood and acknowledged that Plaintiff would be irreparably harmed by breaches of the restrictive covenants and that remedies at law would not be adequate.

The Court enters Default Judgment as follows:

1. Defendant Joy Striyle violated the restrictive covenants of Non-Disclosure of Confidential Information; Non-Competition; and Non-Solicitation of Employees and Customers in the Employment Agreement, and thus, is ENJOINED for a period of twelve months from the date of this Order from soliciting or attempting to solicit Plaintiff's customers or employees; from competing with Plaintiff in the same or similar business in violation of the post-employment restrictive covenants in the Employment Agreement; and from disclosing, utilizing or misappropriating any of Plaintiff's confidential information as defined in the Employment Agreement;

2. Judgment is entered in favor of Plaintiff Nations Lending Corporation and against Defendant Joy Striyle for attorney's fees and expenses in the sum of $13,500.00;

3. Judgment is entered in favor of Plaintiff Nations Lending Corporation and against Defendant Joy Striyle for Breach of the Employment Agreement in the sum of $143,000.00.

Therefore, Default Judgment is entered in favor of Plaintiff Nations Lending Corporation and against Defendant Joy Striyle in the total sum of $156,500.00, costs and interest from the date of judgment.

**IT IS SO ORDERED.**

**DATE: February 1, 2024**

    **s/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**